IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CANDIDO MEDRANO,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE
SERVICING, and SIERRA NOBLES,

    Defendants.

CIVIL ACTION FILE

NO. 1:09-CV-1003-BBM

**O R D E R**

This matter is before the court on the Report and Recommendation of the Magistrate Judge ("Report") [Doc. No. 17]. In the Report, the Magistrate Judge recommends that this action be dismissed because Plaintiff Candido Medrano ("Mr. Medrano") failed to comply with lawful Orders of this court. Upon issuance of the Report, a copy was sent to Mr. Medrano, along with instructions describing how he could object to the recommendation of the Magistrate Judge. The mailing to Mr. Medrano was returned to this court as undeliverable, and he has filed no objections to the Report.

The record reflects that Mr. Medrano has not responded to any Order of this court, and, after the court's initial communication with Mr. Medrano, every communication mailed to him has been returned as undeliverable. Due to Mr. Medrano's utter lack of participation in this litigation, and his repeated failure to comply with lawful Orders issued by the court in this proceeding, this court

ADOPTS the Report and Recommendation of the Magistrate Judge [Doc. No. 17], which together with this Order will constitute the Order and Judgment of this court. This action is DISMISSED WITH PREJUDICE. The Motion to Dismiss filed by American Home Mortgage Servicing [Doc. No. 12] is DENIED AS MOOT.

IT IS SO ORDERED, this 12th day of August, 2009.

<pre>
                    s/Beverly B. Martin
                    BEVERLY B. MARTIN
                    UNITED STATES DISTRICT JUDGE
</pre>